FILED
CLERK, U.S. DISTRICT COURT
APR 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Daniel Keller<br><br>　　　　　Defendant. | Case No.: CR 03-626-RGK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of CA for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　( )　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of alleged violation, particular allegations in violation conduct subject of petition, possession of drugs and firearm at time of his arrest.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/29/15

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2